```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

| | |
|---|---|
| **LINDA CONE SELENSKY,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| vs. | *   CIVIL ACTION NO.12-00665-WS-B |
| | * |
| | * |
| **JUDGE WHIDDON,** *et al.*, | * |
| | * |
| **Defendants.** | * |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be **DISMISSED** for lack of subject matter jurisdiction.

**DONE** this **6th** of **February, 2013.**

            s/WILLIAM H. STEELE
            CHIEF UNITED STATES DISTRICT JUDGE